# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| DAY TO DAY IMPORTS, INC., <br><br> APPELLANT, <br><br> v. <br><br> ALPER AUTOMOTIVE, INC. <br> D/B/A AA IGNITION, <br><br> APPELLEE. | **Appeal Number: 21-14236** |

## MOTION FOR EXTENSION OF TIME

## FIRST REQUEST FILED MORE THAN SEVEN DAYS IN ADVANCE

Appellant DAY TO DAY IMPORTS, INC. ("Appellant"), by and through its undersigned counsel, hereby moves to extend the time for filing the initial brief and appendix in this appeal, and as grounds therefore states as follows:

1. Pursuant to the Letter from the Clerk of Court dated December 09, 2021, Appellant's initial brief is currently due on or before January 12, 2022.

2.   Appellant seeks a sixty (60) day extension of time to file its initial brief and appendix until March 13, 2022.

3.   Good cause is shown based upon the following:

   a.   There are several issues of error in this appeal. Additional time is needed to adequately brief all these issues for this Court.

   b.   The Omicron variant is running rampant throughout the world, and is especially prevalent in Los Angeles, California, where Appellant's lead counsel is located. The Omicron variant is causing further delays due to staff availability.

   c.   Between the date counsel received the Letter from the Clerk of the Court and the current due date for the initial brief, there have been two federal holidays.

   d.   Appellant's lead counsel, Aryeh Kaufman, Esq., has not filed his notice of appearance of counsel yet due to not receiving his certificate of good standing from the Central District of California despite ordering one on December 23, 2021.

   e.   Appellant's undersigned counsel, as well as Appellant's lead counsel, are lead counsel in numerous other cases pending in district courts in multiple states that have deadlines and requirements coming up in the next forty (40) days.

4. Opposing counsel has been consulted and has no objection to the extension requested.

5. An extension would not prejudice the administration of justice.

WHEREFORE, Appellant Day To Day Imports, Inc. prays this honorable Court for an order extending the time to file its initial brief until March 13, 2022.

Dated: January 5, 2022

Respectfully submitted,

/s/William R. Trueba, Jr.
William R. Trueba, Jr., Esq.
Florida Bar No. 117544
wtrueba@lex188.com

TRUEBA & SUAREZ, PLLC
9100 S. Dadeland Blvd., Suite 1500
Miami, Florida 33156
Telephone: (305) 482-1001
Facsimile: (786) 516-2826

*Counsel for Appellant Day To Day Imports, Inc.*

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Appellant DAY TO DAY IMPORTS, INC. ("Appellant"), by and through its undersigned counsel, hereby discloses the following, and states as follows:

1.  The name of each person, attorney, association of persons, firm, law firm, partnership and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

Day To Day Imports, Inc. – Defendant/Appellant

Kaufman, Aryeh – Counsel for Defendant/Appellant

Trueba, William R. – Counsel for Defendant/Appellant

Alper Automotive, Inc. – Plaintiff/Appellee

Carlson, Cole – Counsel for Plaintiff/Appellee

Reinhart, Honorable Bruce E. – U.S. Magistrate Judge

Middlebrooks, Donald M. – U.S. District Judge

Brannon, Dave Lee – U.S. Magistrate Judge

Law Office of Aryeh Kaufman – Defendant/Appellant's counsel's law firm

Trueba & Suarez – Defendant/Appellant's counsel's law firm

GrayRobinson – Plaintiff/Appellee's counsel's law firm

Dated: January 5, 2022            Respectfully submitted,

                                                 /s/William R. Trueba, Jr.
                                                 William R. Trueba, Jr., Esq.
                                                 Florida Bar No. 117544
                                                 wtrueba@lex188.com

## CERTIFICATE OF SERVICE

      The undersigned does hereby certify that on January 5, 2022, a true and correct copy of the foregoing document was served by electronic mail by the Court's CM/ECF System to all parties listed below on the Service List.

By: /s/William R. Trueba, Jr.
William R. Trueba, Jr., Esq.
Florida Bar No. 117544
wtrueba@lex188.com

## SERVICE LIST

Mr. Cole Carlson
GrayRobinson, P.A.
401 East Jackson Street
Suite 2700
Tampa, Florida 33602
Cole.Carlson@gray-robinson.com

*Via CM-ECF*